UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELLEN WARD WESCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ANDREW SAUL, | ) | 2:19-CV-10-BO |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that there is substantial evidence to support the Administrative Law Judge's denial. The denial of benefits was appropriate in this case.

**This judgment filed and entered on March 3, 2020, and served on:**
Branch Vincent, III (via CM/ECF NEF)
Christian Vainieri (via CM/ECF NEF)
Amanda Gilman (via CM/ECF NEF)

March 3, 2020

PETER A, MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk